IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
FLORENCE DIVISION

| UNITED STATES OF AMERICA, | ) | |
| --- | --- | --- |
| | ) | |
| vs. | ) | Criminal No.: 4:08-746 |
| | ) | |
| TODD LAMEL MYERS. | ) | |

# ORDER

This matter comes before the Court for consideration of the defendant's motion to correct sentence pursuant to Rule 35(a) of the Federal Rules of Civil Procedure. (Doc. # 132). Rule 35(a) states that within 14 days after sentencing, the court may correct a sentence that resulted from arithmetical, technical, or other clear error. Sentencing occurred on May 13, 2009. Defendant filed his motion on November 6, 2009. Therefore, the defendant's motion is **DENIED** as untimely.

**IT IS SO ORDERED**.

s/Terry L. Wooten
United States District Judge

January 26, 2010
Florence, South Carolina